UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JS-6

| | |
|---|---|
| HENDA MEJRI,<br><br>Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, INC. DOES 1-100, and each of them, inclusive.<br><br>　Defendants. | ) <br> ) <br> ) <br> ) <br> ) **ORDER** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties the entire case is dismissed with prejudice.  Each party shall bear their own costs and expenses.

Dated: March 1, 2019

_____
Honorable Judge of the District Court

Order to Dismiss - 1